```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE F03-0017--CV (RRB)
                      "JOHN GILBERT V APC NATCHIQ INC"

            Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/20/03
            Closed: 08/05/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (710) Fair Labor Standards Act

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 06/20/03 receipt # 40100542
          Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    GILBERT, JOHN | Kenneth L. Covell<br>712 8th Avenue<br>Fairbanks, AK 99701<br>907-452-4377<br>FAX 907-451-7802 |
| DEF 1.1    APC NATCHIQ INC | Gregory L. Youngmun<br>Delaney, Wiles, Hayes, Gerety<br>1007 West 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F03-0017--CV (RRB)
"JOHN GILBERT V APC NATCHIQ INC"

For all filing dates

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/20/03
           Closed: 08/05/03

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (710) Fair Labor Standards Act

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 06/20/03 receipt # 40100542
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/20/03 | Complaint filed. |
| 2 - 1 | 06/20/03 | PLF 1 Jury Demand |
| NOTE - 1 | 06/30/03 | Issued: Summons for APC Natchiq, Inc. |
| 3 - 1 | 07/11/03 | DEF 1 Attorney Appearance of Gregory Youngmun for APC Natchiq. |
| 4 - 1 | 07/28/03 | PLF 1; DEF 1 Stipulation to Transfer Venue of the Case to Anchorage. |
| 5 - 1 | 07/31/03 | RRB Order granting stipulation to Transfer Venue of the Case to Anchorage (4-1).  cc: cnsl |
| NOTE - 2 | 08/05/03 | Case transferred to A03-0174--CV |
| 6 - 1 | 08/05/03 | RRB Minute Order transferring F03-017CV(RRB) to Anchorage Divisional Office persuant to order at dkt 5.  New case number A03-0174CV(RRB) is to be used on all future pleadings. cc: cnsl |